# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135338

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 135338
                                  COA: 270699
                                  Saginaw CC: 04-024996-FH

TIMMETH LEE GRAYS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 9, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008 _____     _____

p0211                                      Clerk